

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 3, 2008

Office of the Clerk
U.S. District Court
District of Kansas
444 S.E. Quincy
490 U.S. Courthouse
Topeka, KS 66683

Case Name:    US v Kwan Lap Yu
Case Number:  3–08-70063 MEJ
Charges:      21:841(1)(1)

FILED MAR 1 3 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

RECEIVED MAR 1 0 2008 CLERK U.S. DIST. COURT TOPEKA, KANSAS

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Nandor J. Vadas. The following action has been taken:

(X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

(X)    The defendant has a court appearance in your court on: 3/24/08

Enclosed are the following documents:
   original Rule 5 affidavit
   original minute orders
   certified copy of *AO 94, Commitment to Another District*

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: *[signature]*
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

05-40095-06-JAR    .

Date: 3/10/08

CLERK, U.S. DISTRICT COURT

By MB
Deputy Clerk